UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL DUFRISNE,

        Plaintiff,

   v.

KIMBERLY KLEM, et al.,

        Defendants.

Case No. 24-cv-00384-JD

**ORDER RE DISMISSAL**

This is a civil rights complaint filed pro se by a former patient at Napa State Hospital. The Court dismissed the amended complaint with leave to amend after discussing the deficiencies in the case. The time to amend has passed and plaintiff has not filed a second amended complaint or otherwise communicated with the Court. This case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: August 22, 2024

JAMES DONATO
United States District Judge